Stuart J. West SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA  94598
925.262.2220
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regal Art & Gift, Inc. | Civil Action No:  5:11-cv-00611-PSG |
| Plaintiff, | |
| vs. | ~~Proposed~~ Order |
| Creative Co-Op, Inc. | |
| Defendant | |

**ORDER**

Before the Court is Plaintiff Regal Art & Gift, Inc's and Defendant Creative Co-Op, Inc's, Motion to Dismiss the claims and pending actions between them with Prejudice.  The Court has considered the Motion and finds that it should be granted.  It is therefore ORDERED that the claims and pending actions by and between Regal Art & Gift, Inc. and Creative Co-Op, Inc. are hereby DISMISSED with prejudice, with each Party bearing its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 9th day of ~~May, 2011,~~ February, 2012

_____
Honorable Paul S. Grewal

ORDER